IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
HARRISON DIVISION

MARK T. DODSON                                                                          PLAINTIFF

        v.                    Civil No. 06-3042

MICHAEL J. ASTRUE                                                                     DEFENDANT

## **J U D G M E N T**

Now on this 20th day of September, 2007, comes on for consideration the Report and Recommendation issued by the Honorable James Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 8.) Plaintiff has filed objections to the Report and Recommendation. (Doc. 9.)

The Court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: the plaintiff's objections offer neither law nor fact requiring departure from the Report and Recommendation and the same should be, and it hereby is, adopted *in toto*.

Accordingly, the Court hereby adopts the Report and Recommendation; affirms the decision of the Administrative Law Judge; and dismisses plaintiff's complaint with prejudice.

IT IS SO ORDERED.

                                                  /S/JIMM LARRY HENDREN
                                                  JIMM LARRY HENDREN
                                                  UNITED STATES DISTRICT JUDGE